Form ntcphoto

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–12576–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christina L. Potts
5215 Route 49
Millville, NJ 08332

Social Security No.:
xxx–xx–8731

Employer's Tax I.D. No.:

## Notice of Requirement to Submit Photo ID

  Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

  The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 2/10/17, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- ☑ debtor
- ☐ joint debtor

  is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by February 24, 2017. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: February 14, 2017
JAN: lgr

Jeanne Naughton
Clerk